| Information to identify the case: | | |
|---|---|---|
| **Debtor 1** | **Mary Monfee** | Social Security number or ITIN xxx–xx–2934 |
| | First Name   Middle Name   Last Name | EIN _ _–_ _ _ _ _ _ _ |
| **Debtor 2** (Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN _ _ _ _ |
| | | EIN _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court   **Middle District of Alabama** | | |
| Case number:   **16–32791** | | |

# Order of Discharge

12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

        Mary Monfee
        aka Mary M Primm

Dated January 11, 2017

        */s/ William R. Sawyer*
        William R. Sawyer
        United States Bankruptcy Judge

**Explanation of Bankruptcy Discharge in a Chapter 7 Case**

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**
This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**
Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

**Some debts are not discharged**

Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for most taxes;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

Official Form 318 **Order of Discharge** page 2

```
                              United States Bankruptcy Court
                               Middle District of Alabama
In re:                                                              Case No. 16-32791-WRS
Mary Monfee                                                         Chapter 7
        Debtor             CERTIFICATE OF NOTICE
District/off: 1127-2         User: admin                  Page 1 of 2                  Date Rcvd: Jan 12, 2017
                             Form ID: 318                 Total Noticed: 40

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jan 14, 2017.
db            #+Mary Monfee,    16 Katie Circle,    Deatsville, AL 36022-3529
aty            +Richard D. Shinbaum,    Shinbaum & Campbell,    P.O. Box 201,    Montgomery, AL 36101-0201
cr             +Wollemi, LLC by AIS Data Services, LP as agent,    P.O. Box 165028,   Irving, TX 75016-5028
3625274         ALABAMA ER ADMIN SVC-PRATT,   P.O. BOX 2324,    Birmingham, AL 35201-2324
3625276         ANESTHESIOLOGISTS ASSOC, P.C.,   PO BOX 235022,    Montgomery, AL 36123-5022
3625277        +ASHWORTH COLLEGE,    P.O. BOX 4031,   Wyoming, PA 18644-0031
3625273         Alabama ER Admin,    P.O. Box 2324,   Birmingham, AL 35201-2324
3625279        +BAPTIST HEALTH,    C/O CHAMBLESS & MATH,   P O BOX 230759,    Montgomery, AL 36123-0759
3625278         BAPTIST HEALTH,    PO BOX 241145,   Montgomery, AL 36124-1145
3625281        +DR. FALAHI,    1421 Narrow Lane Parkway,    Montgomery, AL 36111-2654
3625269         EQUIFAX INFORMATION SERVICES LLC,    P.O. BOX 740241,   Atlanta, GA 30374-0241
3625271         EXPERION,   P.O. BOX 9701,   Allen, TX 75013-9701
3625283        +HAYNES AMBULANCE,    PO BOX 1515,   Wetumpka, AL 36092-0028
3625284        +HOLLOWAY & MOXLEY,    PO BOX 4953,   Montgomery, AL 36103-4953
3625285        +HOLLOWAY CREDIT SOLUTION,    1286 CARMICHAEL WAY,    Montgomery, AL 36106-3645
3625286        +JACKSON HOSPITAL,    1725 PINE STREET,    Montgomery, AL 36106-1117
3625288         LABORATORY CORPORATION OF AMERICA,    PO BOX 2240,   Burlington, NC 27216-2240
3625289        +MONTGOMERY RADIOLOGY,    2055 NORMANDIE DR., STE. 108,    MONTGOMERY, AL 36111-2730
3625290        +MONTGOMERY UROLOGY ASSOCIATES,    2055 E. SOUTH BLVD STE 507,   MONTGOMERY, AL 36116-2005
3625292        +PRATTVILLE BAPTIST,    PO BOX 241145,   Montgomery, AL 36124-1145
3625293         PRATTVILLE BAPTIST HOSPITAL,    P.O. BOX 241145,   Montgomery, AL 36124-1145
3625294        +PRATTVILLE CREDIT,    713 E. MAIN STREET,    PRATTVILLE, AL 36067-3603
3625297        +SOUTHERN ORTHAPEADIC,    454 TAYLOR ROAD,   Montgomery, AL 36117-3563
3625298        +STABLER CLINIC,    300 N COLLEGE STREET,    GREENVILLE, AL 36037-2025
3625299         STABLER HOSPITAL,    P. O. 1000,   GREENVILLE, AL 36037
3625270         TRANSUNION CONSUMER SOLUTIONS,    P.O. BOX 2000,   CHESTER, PA 19022-2000
3625301        +UROLOGY CENTERS OF ALABAMA,    P. O BOX 59867,    Birmingham, AL 35259-0867

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
tr             +EDI: QCBWILKINS.COM Jan 12 2017 20:53:00     Carly B Wilkins,    Carly B. Wilkins, P.C.,
                 560 South McDonough Street,    Suite A,   Montgomery, AL 36104-4605
cr             +EDI: RMSC.COM Jan 12 2017 20:53:00     Synchrony Bank,
                 c/o Recovery Management Systems Corporat,    25 SE 2nd Avenue, Suite 1120,
                 Miami, FL 33131-1605
3625272        +E-mail/Text: bpage@acceptanceloan.com Jan 12 2017 20:56:33      ACCEPTANCE LOAN,
                 3976 B GOVERNMENT BLVD,    Mobile, AL 36693-4723
3625275        +E-mail/Text: G2APCBANK@southernco.com Jan 12 2017 20:56:19      ALABAMA POWER,    P.O. BOX 160,
                 MONTGOMERY, AL 36101-0160
3625280        +EDI: CHRM.COM Jan 12 2017 20:53:00     CHRYSLER CAPITAL,    P.O. BOX 961275,
                 Fort Worth, TX 76161-0275
3625282        +E-mail/Text: smoore@ivycreekhealth.com Jan 13 2017 10:43:47      ELMORE COMMUNITY HOSPITAL,
                 P.O. BOX 130,    WETUMPKA, AL 36092-0003
3625287         EDI: CBSKOHLS.COM Jan 12 2017 20:53:00     KOHLS/CAP1,    PO BOX 3115,
                 Milwaukee, WI 53201-3115
3626564         EDI: BL-BECKET.COM Jan 12 2017 20:53:00     Kohl’s,    c/o Becket and Lee LLP,    PO Box 3001,
                 Malvern PA 19355-0701
3625291        +EDI: PRA.COM Jan 12 2017 20:53:00     PORTFOLIO,    120 CORPORATE BLVD, STE 100,   P O Box 12914,
                 Norfolk, VA 23541-0914
3625963         EDI: RECOVERYCORP.COM Jan 12 2017 20:53:00     Recovery Management Systems Corporation,
                 25 S.E. 2nd Avenue, Suite 1120,    Miami, FL 33131-1605
3625296        +EDI: SECFIN.COM Jan 12 2017 20:53:00     SECURITY FINANCE,    4876 US HWY 231,
                 Wetumpka, AL 36092-3314
3625295        +EDI: SECFIN.COM Jan 12 2017 20:53:00     SECURITY Finance,    PO BOX 3146,
                 Spartanburg, SC 29304-3146
3625300         EDI: RMSC.COM Jan 12 2017 20:53:00     SYNCB/WALMART,    P O BOX 960024,
                 Orlando, FL 32896-0024
                                                                                               TOTAL: 13

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr*            Kohl’s,   c/o Becket and Lee LLP,    POBox 3001,   Malvern, PA  19355-0701
                                                                                              TOTALS: 0, * 1, ## 0

Addresses marked ’+’ were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked ’#’ were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 14, 2017                                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 11, 2017 at the address(es) listed below:
      Bankruptcy Administrator    ba@almb.uscourts.gov
      Carly B Wilkins    cwilkins@cbwlegal.com, kesco@cbwlegal.com;cwilkins@ecf.epiqsystems.com
      Richard D. Shinbaum    on behalf of Debtor Mary  Monfee rshinbaum@smclegal.com, scarter@smclegal.com;cthornton@smclegal.com

TOTAL: 3